

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

Gabriela Agustina Alvarez - #132052

_____/

CV 09 80 084 MISC

**ORDER TO SHOW CAUSE**

It appearing that Gabriela Agustina Alvarez has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that she may not practice law while so enrolled effective February 26, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why she should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gabriela Augustina Alvarez
Attorney At Law
125 Forest Street
Boulder Creek, CA 95006-8900