```
                                        FILED
                                        JUL 29 2009
                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-09-80084 MISC VRW

Gabriela Agustina Alvarez,
                                        ORDER
    State Bar No 132052

_____/

    On May 1, 2009, the court issued an order to show cause (OSC) why Gabriela Agustina Alvarez should not be removed from the roll of attorneys authorized to practice law before this court, based upon inactive enrollment by the State Bar of California, effective February 26, 2009.

    The OSC was mailed to Ms Alvarez's address of record with the State Bar on May 6, 2009. On May 22, 209, Ms Alvarez filed a response to the OSC advising the court that she has resigned from the State Bar.

    The court now orders Gabriela Agustina Alvarez removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                     VAUGHN R WALKER
                                     United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Gabriela Agustina Alvarez ,

_____/

Case Number: C09-80084 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriela Agustina Alvarez
125 Forest Street
Boulder Creek, CA 95006-8900

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*